UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NINORA, LLC,

    Plaintiff,

v.                                                Case No. 3:22-cv-870-TJC-LLL

MT. HAWLEY INSURANCE COMPANY,

    Defendant.

**O R D E R**

On August 18, 2022, defendant filed a motion to transfer venue pursuant to a forum selection clause in the parties' commercial property insurance contract. See Doc. 8. When plaintiff did not timely respond, the Court issued an order advising plaintiff that if it failed to respond by September 30, 2022, the Court would rule on the motion, assuming it is unopposed. See Doc. 10. September 30 has come and gone and plaintiff has not responded. Accordingly, pursuant to 28 U.S.C. § 1404(a), the parties' mandatory forum selection clause, and the teachings of Atlantic Marine Construction Co., Inc. v. U.S. District Court for Western District of Texas, 571 U.S. 49, 62 (2013), it is hereby

**ORDERED**:

1. Defendant's Motion to Transfer Venue (Doc. 8), which is deemed to be unopposed, is **GRANTED**. This case shall be **TRANSFERRED** to the

United States District Court for the Southern District of New York.

2. Following transfer, the Clerk shall close this file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of October, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:
Counsel of record